

# THE ATTORNEY GENERAL

## OF TEXAS

**AUSTIN, TEXAS 78711**

WAGGONER CARR
ATTORNEY GENERAL

April 13, 1966

Honorable Jules Damiani, Jr.
Criminal DistrictAttorney
Galveston County
Galveston, Texas

Dear Mr. Damiani:

Opinion No. C-657

Re: Payment of investigation
and expert testimony ex-
penses incurred for an ex-
amining trial.

In a recent opinion request of this office you pose
the following question:

> Does Article 26.05 (c), Vernon's Code
> of Criminal Procedure of Texas, 1966,
> apply so as to provide payment for
> expenses incurred for the purposes of
> investigation and expert testimony by
> an appointed counsel in an examining
> trial.

Article 26.05, V.C.C.P., 1966, provides, in pertinent
part, as follows:

> "Section 1. A counsel appointed to
> defend a person accused of a felony
> or a misdemeanor punishable by im-
> prisonment shall be paid from the
> general fund of the county in which
> the prosecution was instituted ac-
> cording to the following schedule:
>
> (c) For expenses incurred for pur-
> poses of investigation and expert
> testimony, not more than $250.00;
> . . ."

Article 16.01, Code of Criminal Procedure, 1966, pro-
vides, among other things, that a magistrate has the authority
to appoint counsel to represent an accused in an examining
trial. In Attorney General's Opinion No. C-654, dated April
12, 1966, this office held that an attorney appointed to
represent an accused in an examining trial was entitled
to be compensated for his work in accordance with Article
26.05. It is our opinion, therefore, that Article 26.05,
(c) is applicable to examining trials and counsel who incur

expenses for investigation and expert testimony in an examining trial are entitled to be reimbursed in accordance with the provisions of Article 26.05.

## S U M M A R Y

Article 26.05 (c), Code of Criminal Procedure, 1966, applies to examining trials, and counsel who incur expenses for investigation and expert testimony are entitled to be reimbursed therefor in accordance with said Article.

Yours very truly,

WAGGONER CARR
Attorney General of Texas

By _Sam Kelley_
Sam Kelley
Assistant Attorney General

SK/lh

APPROVED

OPINION COMMITTEE

W. V. Geppert, Chairman
Robert E. Owen
Howard Fender
Douglas Chilton
Thomas Mack

APPROVED FOR THE ATTORNEY GENERAL
BY:  T. B. Wright